# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYEED BRIGGS, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| JAMES GODBY, JEFF McGEE, : | |
| MONTGOMERY COUNTY, PA, LOWER : | |
| MERION TOWNSHIP, PA, JOHN DOE, : | NO. 08-5239 |
| PLYMOUTH MEETING TOWNSHIP : | |
| LAW ENFORCEMENT OFFICERS, All : | |
| Jointly and Severally Liable in Both : | |
| Individual and Official Capacities, : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this *10th* day of *December*, 2009, upon consideration of Defendant Montgomery County's Renewed Motion to Dismiss Plaintiff's Complaint (Docket No. 23), Plaintiff Syeed Briggs's Opposition and Motion for Default (Docket No. 24), and Defendant's Memorandum of Law in Response to Plaintiff's Opposition Motion (Docket No. 25), it is hereby **ORDERED** as follows:

1. Plaintiff's Request for Default Judgment is **DENIED**;

2. Defendant Montgomery County's Motion to Dismiss Plaintiff's Complaint is **GRANTED**;

3. Plaintiff is put on notice, under Federal Rule of Civil Procedure 4(m), that failure to properly serve Defendant James Godby within thirty days from the date of this Order shall result in dismissal of the Complaint against him.

It is so **ORDERED**.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.